# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CYNTEC COMPANY, LTD., | CASE NO.: 4:18-cv-00939-PJH |
| Plaintiff, | **JOINT VERDICT FORM** |
| v. | Trial Date: August 23, 2021<br>Time: 8:30 a.m. |
| CHILISIN ELECTRONICS CORP.,<br>CHILISIN AMERICA LTD., | Location: Courtroom 3, 3rd Floor<br>Judge: Hon. Phyllis J. Hamilton |
| Defendants. | |

**Instructions:** When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

## QUESTIONS AND ANSWERS

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case:

### U.S. PATENT NO. 8,922,312 (THE '312 PATENT)

### FINDINGS ON INFRINGEMENT CLAIMS

**A. Direct Infringement**

1. Has Cyntec proven that it is more likely than not that any Chilisin product infringes any of the following claims of the '312 Patent?

    *Answer the question regarding infringement of the following claims of the '312 Patent with a "Yes" or "No." "Yes" is a finding for Plaintiff Cyntec. "No" is a finding for Defendant Chilisin.*

    | Claim | Yes | No |
    |---|---|---|
    | Claim 1 | X | |
    | Claim 2 | X | |
    | Claim 5 | X | |
    | Claim 8 | X | |
    | Claim 10 | X | |
    | Claim 18 | X | |

**B. Inducing Infringement**

2. Has Cyntec proven that it is more likely than not: (i) that a third party direct infringer infringed any of the following claims of the '312 Patent; (ii) that Chilisin took action that actually induced that infringement by the third party direct infringer; and (iii) that Chilisin was aware of the patent and believed that its actions would encourage

infringement of a valid patent, or alternatively that it was willfully blind as to whether its actions would encourage infringement of the patent?

*Answer the question regarding infringement of the following claims of the '312 Patent with a "Yes" or "No." "Yes" is a finding for Plaintiff Cyntec. "No" is a finding for Defendant Chilisin.*

| | | |
|---|---|---|
| Claim 1  | Yes __X__ | No _____ |
| Claim 2  | Yes __X__ | No _____ |
| Claim 5  | Yes __X__ | No _____ |
| Claim 8  | Yes __X__ | No _____ |
| Claim 10 | Yes __X__ | No _____ |
| Claim 18 | Yes __X__ | No _____ |

**C. Willful Infringement**

3. Has Cyntec proven that it is more likely than not that to the extent Chilisin infringed, the infringement was willful?

   *"Yes" is a finding for Plaintiff Cyntec. "No" is a finding for Defendant Chilisin.*

   Yes __X__        No _____

1  **U.S. PATENT NO. 9,481,037 (THE '037 PATENT)**

2                  **FINDINGS ON INFRINGEMENT CLAIMS**

3  **A. Direct Infringement**

4      4. Has Cyntec proven that it is more likely than not that any Chilisin product infringes

5         any of the following claims of the '037 Patent?

6         *Answer the question regarding infringement of the following claims of the*

7         *'312 Patent with a "Yes" or "No." "Yes" is a finding for Plaintiff*

8         *Cyntec. "No" is a finding for Defendant Chilisin.*

9         Claim 9      Yes __X__      No _____

10        Claim 12     Yes __X__      No _____

11 **B. Inducing Infringement**

12     5. Has Cyntec proven that it is more likely than not: (i) that a third party direct infringer

13        infringed any of the following claims of the '037 Patent; (ii) that Chilisin took action

14        that actually induced that infringement by the third party direct infringer; and (iii) that

15        Chilisin was aware of the patent and believed that its actions would encourage

16        infringement of a valid patent, or alternatively that it was willfully blind as to whether

17        its actions would encourage infringement of the patent?

18        *Answer the question regarding infringement of the following claims of the*

19        *'037 Patent with a "Yes" or "No." "Yes" is a finding for Plaintiff*

20        *Cyntec. "No" is a finding for Defendant Chilisin.*

21        Claim 9      Yes __X__      No _____

22        Claim 12     Yes __X__      No _____

23 **C. Willful Infringement**

24     6. Has Cyntec proven that it is more likely than not that to the extent Chilisin infringed,

25        the infringement was willful??

26        *"Yes" is a finding for Plaintiff Cyntec. "No" is a finding for Defendant*

27        *Chilisin.*

28        Yes __X__      No _____

**FINDINGS ON DAMAGES (IF APPLICABLE)**

7. What lost profits, if any, did Cyntec prove it more likely than not suffered as a result of sales that it would with reasonable probability have made but for Chilisin's infringement?

    $ 1,552,493

8. For those infringing sales for which Cyntec has not proved its entitlement to lost profits, what has it proved it is entitled to as a reasonable royalty:

    Royalty Rate  5  %    Damages $ 320,463

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the court personnel that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATE: 9/1/2021

PRESIDING JUROR SIGNATURE: _[signature]_