UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTEC COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHILISIN ELECTRONICS CORP., et al., <br><br> Defendants. | Case No. 18-cv-00939-PJH <br><br> **ORDER RE FURTHER PROCEEDINGS** |

The jury having rendered a verdict in the above-captioned case on September 1, 2021, the court now directs the parties to meet and confer and to submit a status statement containing the following: (1) a proposal for resolving the remaining issues in the case, including whether a further evidentiary proceeding is necessary, (2) the parties' views on whether a partial judgment, limited to the issues already decided, should be entered at this time, and (3) a proposed schedule for briefing any remaining issues, including any anticipated Rule 50(b) motions. The status statement shall be filed no later than **September 8, 2021**.

**IT IS SO ORDERED.**

Dated: September 1, 2021

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge