UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYNTEC COMPANY, LTD.,

    Plaintiff,

    v.

CHILISIN ELECTRONICS CORP., et al.,

    Defendants.

Case No. 18-cv-00939-PJH

**ORDER RE POST-TRIAL SCHEDULE AND DISCOVERY MOTION**

Re: Dkt. Nos. 290, 292

        The parties in the above-captioned case have filed a stipulation to adjust the post-trial briefing schedule. See Dkt. 290. The stipulation is GRANTED with the following modification: the opposition briefs shall be due on **November 30, 2021**; the reply briefs shall be due on **January 7, 2022**; and the hearing shall be set for **February 3, 2022**.

        Defendant has also filed a discovery motion to compel compliance with Rule 26(e). See Dkt. 292. Defendant set a December 23 hearing date for its motion. Id. Defendant also filed a motion to seal portions of the discovery motion and related exhibits. See Dkt. 291.

        Defendant's discovery motion does not comply with this court's standing order regarding discovery disputes, which states that, if a discovery dispute is not resolved, "the parties must file a joint letter with the court" which "must include a description of every issue in dispute and, with respect to each issue, a detailed summary of each party's final substantive position and its respective proposed resolution on each issue." The standing order further states that "[o]n receipt of the joint letter, the court will determine what, if any, future proceedings are necessary."

Accordingly, defendant's discovery motion (Dkt. 292) is DENIED without prejudice and the December 23 hearing date is VACATED.  Defendant's motion to seal (Dkt. 291) is TERMINATED as moot.  The parties are directed to file a joint letter regarding the current discovery dispute.  The court will then adjudicate the discovery dispute on the papers without a hearing.

**IT IS SO ORDERED.**

Dated:  November 19, 2021

      /s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge