UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTEC COMPANY, LTD., <br>     Plaintiff, <br> v. <br> CHILISIN ELECTRONICS CORP., et al., <br>     Defendants. | Case No. 18-cv-00939-PJH <br><br> **AMENDED JUDGMENT FOLLOWING JURY VERDICT** <br> Re: Dkt. No. 277 |

Having now heard and resolved the parties' post-trial motions in the above-captioned case, the court hereby incorporates the September 24, 2021 judgment following jury verdict (Dkt. 277) enters judgment in favor of the plaintiff. The court further revises the amount of damages awarded by the jury to reflect its award of enhanced damages, resulting in a total lost profits damages award of $4,602,671, and a total reasonable royalties award of $950,573, for a total damages award of $5,553,244.

**IT IS SO ORDERED.**

Dated: May 6, 2022

                                                /s/ *Phyllis J. Hamilton* <br>
                                                PHYLLIS J. HAMILTON <br>
                                                United States District Judge