Jonathan J. Lamberson (SBN 239107)
jonathan.lamberson@whitecase.com
Henry Yee-Der Huang (SBN 252832)
henry.huang@whitecase.com
Hallie Kiernan (SBN 313541)
hallie.kiernan@whitecase.com
Yuhan Wang (SBN 341882)
yuhan.wang@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone:  (650) 213-0300
Facsimile:   (650) 213-8158

Attorneys for Defendants
CHILISIN ELECTRONICS CORP. and
CHILISIN AMERICA LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CYNTEC COMPANY, LTD, <br><br> Plaintiff, <br><br> v. <br><br> CHILISIN ELECTRONICS CORP. and CHILISIN AMERICA LTD., <br><br> Defendants. | Case No.  4:18-cv-00939-PJH <br><br> **DEFENDANTS' NOTICE OF APPEAL** |

Pursuant to 28 U.S.C. § 1295(a)(1), notice is hereby given that Defendants Chilisin Electronics Corp. and Chilisin America Ltd. (collectively "Chilisin") appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on May 6, 2022 (ECF No. 318), and from any and all adverse orders and rulings underlying the judgment.

For example, Chilisin appeals from the Court's June 20, 2019 Claim Construction Order (ECF No. 83); from the Court's September 8, 2020 Order Denying Motion for Summary Judgment, Granting in Part and Denying in Part Motion to Exclude, and Granting Motions to Seal (ECF No. 170); from the Court's Order re Proposed Jury Instruction Regarding 'By Means Of' Limitation" (ECF No. 192); from the Court's Final Pretrial Order (ECF No. 234) including its decisions on jury instructions and the verdict form; from the jury's verdict on infringement, willfulness and damages, and the Court's Judgment Following Jury Verdict (ECF Nos. 269 & 277); from the Court's rulings made during trial, including its decision to grant judgment as a matter of law on the issues of anticipation and obviousness; and from the Court's May 6, 2022 Order re: Post-Trial Motions (ECF No. 317).

Notice is additionally hereby given that Chilisin appeals to the United States Court of Appeals for the Federal Circuit any and all adverse rulings made by the Court on post-trial motions. For example, Chilisin appeals from the Court's Permanent Injunction (ECF Nos. 317 & 322); from the Court's award of enhanced damages (ECF Nos. 317 & 318); from the Court's denial of Chilisin's Rule 50(b) motion for judgment as a matter of law (ECF No. 317); and from the Court's denial of Chilisin's Rule 59 motion for a new trial (ECF No. 317).

Chilisin reserves the right to file an additional notice of appeal should any further action by the Court so necessitate.

Dated: May 31, 2022

WHITE & CASE LLP

By:  /s/ Jonathan Lamberson
     Jonathan Lamberson

Attorneys for Defendants
CHILISIN ELECTRONICS CORP. and
CHILISIN AMERICA LTD.