UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYNTEC COMPANY, LTD.,

  Plaintiff,

  v.

CHILISIN ELECTRONICS CORP., et al.,

  Defendants.

Case No. 18-cv-00939-PJH

**ORDER GRANTING MOTION FOR ENTRY OF SUNSET LIST**

Re: Dkt. Nos. 330, 332

Before the court is Chilisin's opposed motion for the entry of a sunset list as an appendix to the permanent injunction previously entered in this case. See Dkt. 322, 330. The injunction submitted by Cyntec on May 20, 2022 and adopted by the court on May 24, states that "permitted sunset sales, if any, shall be specifically and exclusively identified in an Appendix to this Injunction, <u>a draft of which shall be jointly submitted</u> by Cyntec and Chilisin for the Court's consideration." (emphasis added).

The words "shall be" are a clear indication that the list will be submitted at a future date. Cyntec now argues that the deadline to submit the sunset list was May 20, but the court finds no basis for that position. Chilisin's motion for entry of the sunset list (Dkt. 330) is GRANTED, and Chilisin's motion to seal (Dkt. 332) is also GRANTED. The hearing set for August 11, 2022 is VACATED.

**IT IS SO ORDERED.**

Dated: August 1, 2022

　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　United States District Judge