# United States Court of Appeals for the Federal Circuit

---

**CYNTEC COMPANY, LTD.,**
*Plaintiff-Appellee*

**v.**

**CHILISIN ELECTRONICS CORP., CHILISIN AMERICA LTD.,**
*Defendants-Appellants*

---

2022-1873

---

Appeal from the United States District Court for the Northern District of California in No. 4:18-cv-00939-PJH, Judge Phyllis J. Hamilton.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, REVERSED-IN-PART, VACATED-IN-PART, AND REMANDED**

FOR THE COURT

October 16, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court