# United States Court of Appeals for the Federal Circuit

---

**CYNTEC COMPANY, LTD.,**
*Plaintiff-Appellee*

**v.**

**CHILISIN ELECTRONICS CORP., CHILISIN AMERICA LTD.,**
*Defendants-Appellants*

---

2022-1873

---

Appeal from the United States District Court for the Northern District of California in No. 4:18-cv-00939-PJH, Judge Phyllis J. Hamilton.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered October 16, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

November 22, 2023
Date

Jarrett B. Perlow
Clerk of Court