UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTEC COMPANY, LTD.,<br>　　　　Plaintiff,<br>　　v.<br>CHILISIN ELECTRONICS CORP., et al.,<br>　　　　Defendants. | Case No. 18-cv-00939-PJH<br><br>**ORDER OF RECUSAL** |

As the undersigned senior judge is no longer trying patent cases, the Clerk is directed to reassign this case to an active district judge.

**IT IS SO ORDERED.**

Dated: November 27, 2023

　　　　　　　　　　　　　　　　　／s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　United States District Judge