**Instructions:** When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

**QUESTIONS AND ANSWERS**

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case:

**U.S. PATENT NO. 8,922,312 (THE '312 PATENT)**

1. Do you find by clear and convincing evidence that any of the following claims of the '312 Patent is invalid as obvious?

   *Answer the question regarding validity of the following claims of the '312 Patent with a "Yes" or "No."*

   *"Yes" is a finding for Defendant Chilisin. "No" is a finding for Plaintiff Cyntec.*

| | | |
|---|---|---|
| Claim 1 | Yes _____ | No ✓ |
| Claim 2 | Yes _____ | No ✓ |
| Claim 5 | Yes _____ | No ✓ |
| Claim 8 | Yes _____ | No ✓ |
| Claim 10 | Yes _____ | No ✓ |
| Claim 18 | Yes _____ | No ✓ |

United States District Court
Northern District of California

**U.S. PATENT NO. 9,481,037 (THE '037 PATENT)**

2. Do you find by clear and convincing evidence that any of the following claims of the '037 Patent is invalid as obvious?

*Answer the question regarding validity of the following claims of the '037 Patent with a "Yes" or "No."*

*"Yes" is a finding for Defendant Chilisin. "No" is a finding for Plaintiff Cyntec.*

| | | |
|---|---|---|
| Claim 9 | Yes _____ | No ✓ |
| Claim 12 | Yes _____ | No ✓ |

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the court personnel that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATE: 3/5/26

PRESIDING JUROR SIGNATURE: [signature]