UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| CYNTEC COMPANY, LTD.,<br>Plaintiff,<br>v.<br>CHILISIN ELECTRONICS CORP., et al.,<br>Defendants. | Case No. 18-cv-00939-TLT<br>**JUDGMENT FOLLOWING JURY VERDICT**<br>Re: Dkt. Nos. 541, 542 |

This action came before the Court for a trial by jury beginning March 3, 2026. The jury rendered its verdict on March 5, 2026. The verdict was accompanied by the joint verdict form (ECF 542) and unanimously decided that U.S. Patent Nos. 8,922,312 and 9,481,037 were not invalid as obvious. A copy of the verdict form is attached hereto as Exhibit A.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of the Plaintiff on the March 5, 2026 verdict, as set forth in the attached verdict form and in the Court's March 5, 2026 Order.

IT IS FURTHER NOTED that this Judgment Following Jury Verdict is subject to revision pursuant to any rulings on post-trial motions and/or motions regarding non-jury legal issues.

The request for damages, permanent injunction, attorneys' fees, costs and interests will be heard by the Court during the bifurcated bench trial. All future hearing and trial dates will be set during the March 19, 2026 case management conference. Counsel shall notify the court of the list of motions each party intends to file in the joint status statement due on March 16, 2026.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 9, 2026

TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California

# Exhibit A

**Instructions:** When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

**QUESTIONS AND ANSWERS**

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case:

**U.S. PATENT NO. 8,922,312 (THE '312 PATENT)**

1. Do you find by clear and convincing evidence that any of the following claims of the '312 Patent is invalid as obvious?

*Answer the question regarding validity of the following claims of the '312 Patent with a "Yes" or "No."*

*"Yes" is a finding for Defendant Chilisin. "No" is a finding for Plaintiff Cyntec.*

| | | |
|---|---|---|
| Claim 1 | Yes _____ | No ✓ |
| Claim 2 | Yes _____ | No ✓ |
| Claim 5 | Yes _____ | No ✓ |
| Claim 8 | Yes _____ | No ✓ |
| Claim 10 | Yes _____ | No ✓ |
| Claim 18 | Yes _____ | No ✓ |

United States District Court
Northern District of California

**U.S. PATENT NO. 9,481,037 (THE '037 PATENT)**

2. Do you find by clear and convincing evidence that any of the following claims of the '037 Patent is invalid as obvious?

*Answer the question regarding validity of the following claims of the '037 Patent with a "Yes" or "No."*

*"Yes" is a finding for Defendant Chilisin. "No" is a finding for Plaintiff Cyntec.*

| | | |
|---|---|---|
| Claim 9 | Yes _____ | No ✓ |
| Claim 12 | Yes _____ | No ✓ |

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the court personnel that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATE: 3/5/26

PRESIDING JUROR SIGNATURE: [signature]

United States District Court
Northern District of California