Jonathan Lamberson (SBN 239107)
lamberson@whitecase.com
Henry Huang (SBN 252832)
henry.huang@whitecase.com
Yuhan Wang (SBN 341882)
yuhan.wang@whitecase.com
Christhy Le (SBN 365690)
christhy.le@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Hallie Kiernan (SBN 313541)
hallie.kiernan@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

CYNTEC COMPANY, LTD,

Plaintiff,

v.

CHILISIN ELECTRONICS CORP. and CHILISIN AMERICA LTD.,

Defendants.

Case No. 3:18-cv-00939-TLT

**CHILISIN'S NOTICE OF APPEAL**

Out of an abundance of caution and to avoid waiver, pursuant to 28 U.S.C. § 1295(a)(1) and Fed. R. App. P. 4(a), Defendants give notice that they appeal to the United States Court of Appeals for the Federal Circuit from the Judgment Following Jury Verdict (Dkt. 549) and the Court's denial of Chilisin's Renewed Motion for Judgment as a Matter of Law and Rule 59 Motion for a New Trial (Dkts. 643, 661), and from any and all adverse orders and rulings underlying the judgment.

As examples, Chilisin appeals from the Court's November 21, 2025 Order on *Daubert* motions and expert testimony (Dkt. 434); the Court's February 12, 2026 Order regarding judicial notice (Dkt. 488); the Court's February 13, 2026 Orders on motions *in limine* (Dkts. 495, 496); the Court's pre-trial rulings, including decisions on jury instructions and the verdict form (Dkts. 506, 512); the Court's rulings made during trial; and any and all adverse rulings made by the Court on post-trial motions, including the Court's September 15, 2026 Order (Dkt. 643).

Chilisin reserves the right to file an additional notice of appeal as necessary, such as to address pending proceedings regarding Cytec's requests for post-trial relief and Chilisin's Motion for Relief from Prior Judgments. Chilisin also reserves the right to withdraw this appeal depending on the outcome of those pending proceedings. Chilisin does not intend for this appeal to divest the district court of jurisdiction over any pending proceedings.

Dated: October 13, 2026

WHITE & CASE LLP

By: *Jonathan Lamberson*
Jonathan Lamberson
Attorney for Defendants