JAMES C. YOON (State Bar No. 177155)
jyoon@wsgr.com
CHRISTOPHER D. MAYS (State Bar No. 266510)
cmays@wsgr.com
JEFFREY M. NALL (State Bar No. 340675)
jnall@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

LUCY YEN (State Bar No. 224559)
lyen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
31 West 52nd Street, Fifth Floor
New York, New York 10019-6118
Telephone: (212) 999-5800
Facsimile: (866) 974-7329

CELINE LIU (State Bar No. 268990)
celine.liu@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
1700 K Street NW, Fifth Floor
Washington, D.C. 20006
Telephone: (202) 791-8800
Facsimile: (650) 493-6811

*Attorneys for Plaintiff*
*CYNTEC COMPANY, LTD.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CYNTEC COMPANY, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>CHILISIN ELECTRONICS CORP. and CHILISIN AMERICA LTD.,<br><br>Defendants. | Case No.: 3:18-cv-00939-TLT<br><br>**PLAINTIFF CYNTEC COMPANY, LTD.'S NOTICE OF APPEAL**<br><br>Location: Courtroom 9, 19th Floor<br>Judge: Hon. Trina L. Thompson |

Notice is hereby given that, out of an abundance of caution and to avoid any claim of waiver or untimeliness, Plaintiff Cyntec Company, Ltd. ("Cyntec") appeals to the United States Court of Appeals for the Federal Circuit, pursuant to 28 U.S.C. § 1295(a)(1), from the following orders of this Court, together with all rulings merged into or underlying them:

1. The Court's September 21, 2026, Order Granting Rule 60 Motion for Finding of Unclean Hands and Sanctions and Denying Defendants' Rule 50 and Rule 59 Motions (Dkt. 661).

2. The Court's October 16, 2026, Order Denying Plaintiff's Motion for Leave to File a Motion for Reconsideration of the Court's September 21, 2026 Order; Awarding Defendants Attorneys' Fees and Expenses from November 11, 2021 Through September 19, 2026; and Referring Identified Counsel to the Standing Committee on Professional Conduct and to the State Bar of California (Dkt. 688).

To the extent that any of the foregoing orders is determined to be presently appealable, this notice is timely under Federal Rule of Appellate Procedure 4(a)(1)(A). Cyntec reserves the right to file additional or amended notices of appeal, including from any final judgment entered in this action, and to withdraw this appeal. Cyntec does not intend this notice to divest this Court of jurisdiction over any pending proceedings.

Dated: October 20, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *James C. Yoon*
James C. Yoon
E-mail: jyoon@wsgr.com

*Attorney for Plaintiff*
*CYNTEC COMPANY, LTD.*