JAMES C. YOON (State Bar No. 177155)
jyoon@wsgr.com
CHRISTOPHER D. MAYS (State Bar No. 266510)
cmays@wsgr.com
JEFFREY NALL (State Bar No. 340675)
jnall@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

LUCY YEN (State Bar No. 224559)
lyen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
31 West 52nd Street, Fifth Floor
New York, New York 10019-6118
Telephone: (212) 999-5800
Facsimile: (866) 974-7329

CELINE LIU (State Bar No. 268990)
celine.liu@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
1700 K Street NW, Fifth Floor
Washington, D.C. 20006
Telephone: (202) 791-8800
Facsimile: (650) 493-6811

*Attorneys for Plaintiff*
*CYNTEC COMPANY, LTD.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CYNTEC COMPANY, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>CHILISIN ELECTRONICS CORP. and CHILISIN AMERICA LTD.,<br><br>Defendants. | Case No.: 3:18-cv-00939-TLT<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER FOR INTERIM STAY** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Cyntec Company, Ltd. ("Cyntec") and Defendants Chilisin Electronics Corp. and Chilisin America Ltd. (collectively, "Chilisin," and together with Cyntec, the "Parties"), by and through their undersigned counsel, jointly stipulate and request the following:

WHEREAS, on April 13, 2026, Chilisin filed its Renewed Motion for Judgment as a Matter of Law under Rule 50 (Dkt. 559) and its Motion for a New Trial under Rule 59 (Dkt. 560) (together, "Chilisin's Post-Trial Motions"), which the Court denied in its September 21, 2026 Order (the "September 21 Order") (Dkt. 661 at 22:15-16);

WHEREAS, on October 13, 2026, Chilisin filed a Notice of Appeal to the United States Court of Appeals for the Federal Circuit (Dkt. 684) from, *inter alia*, the September 21 Order and the Judgment Following Jury Verdict (Dkt. 549);

WHEREAS, on June 18, 2026, Chilisin also filed its Motion for Relief from Prior Judgments Under Rule 60, for a Finding of Unclean Hands, and for Sanctions (Dkt. 599) (the "Rule 60 Motion"), which the Court granted in its the September 21 Order (Dkt. 661 at 22:16-18);

WHEREAS, on September 28, 2026, Cyntec moved for leave to file a motion for reconsideration of the September 21 Order (Dkt. 667), which the Court denied in its October 16, 2026 Order (the "October 16 Order") (Dkt. 688 at 7:26-27);

WHEREAS, on October 20, 2026, Cyntec filed a Notice of Appeal to the United States Court of Appeals for the Federal Circuit (Dkt. 690) from the September 21 Order and the October 16 Order;

WHEREAS, the only remaining motion pending before the Court is Cyntec's post-trial motions for injunctive relief, supplemental damages, enhanced damages, and attorneys' fees (Dkt. 677) ("Cyntec's Post-Trial Motions");

WHEREAS, Chilisin's responses to Cyntec's Post-Trial Motions are due November 9, 2026, Cyntec's replies are due November 30, 2026, and post-trial proceedings on those motions are set for December 7–8, 2026 (Dkts. 610, 677);

WHEREAS, the Parties are negotiating a resolution without prejudice of the remaining open issues that would allow a stipulated amended final judgment to be entered subject to the

parties' appellate rights. The stipulated amended final judgment will enable the parties filed notices of appeal discussed above to go forward in the Federal Circuit on the ground that no issues remain for this Court to decide and enter judgment on;

WHEREAS, the Parties wish to conserve judicial and party resources while they work amicably to resolve the remaining issues; and

WHEREAS, good cause exists for the requested relief because a stipulated amended final judgment, if entered, would make further briefing on Cyntec's Post-Trial Motions (beginning with Chilisin's November 9, 2026 responses) and the December 7–8, 2026 proceedings unnecessary, and the Parties anticipate that forty-five (45) days will be sufficient to finalize that judgment.

NOW, THEREFORE, the Parties hereby stipulate and respectfully request that the Court Order as follows:

1. All pending deadlines and hearing dates before this Court, including the October 30, 2026 joint status report deadline (Dkt. 688), the November 9 and November 30, 2026 briefing deadlines on Cyntec's Post-Trial Motions, and the December 7–8, 2026 post-trial proceedings (Dkts. 610, 677), are STAYED and taken off calendar so that the Parties can finalize the stipulated amended final judgment.

2. The Parties shall file a joint status report no later than 5:00 p.m. on the forty-fifth (45th) day after the date of this Order. If the Parties have not submitted a stipulated amended final judgment by that time, the joint status report shall propose a schedule for the remaining briefing and hearing on Cyntec's Post-Trial Motions.

3. This Stipulation is without prejudice to, and does not waive, any Party's rights, claims, defenses, or arguments, including with respect to Cyntec's Post-Trial Motions and the Parties' appeals (Dkts. 684, 690).

IT IS SO STIPULATED.

Dated: October 22, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *James C. Yoon*
James C. Yoon
E-mail: jyoon@wsgr.com

*Attorney for Plaintiff*
*CYNTEC COMPANY, LTD.*

Dated: October 22, 2026

WHITE & CASE LLP

By: /s/ *Jonathan Lamberson*
Jonathan Lamberson
E-mail: lamberson@whitecase.com

*Attorneys for Defendants*
*CHILISIN ELECTRONICS CORP.*

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: October 22, 2026

Hon. Trina L. Thompson
United States District Judge

**ATTESTATION**

I, James C. Yoon, am the ECF user whose identification and password are being used to file this document. Pursuant to Civil L.R. 5-1(i)(3), I attest that each of the other signatories has concurred in the filing of this document.

Dated: October 22, 2026

/s/ *James C. Yoon*
James C. Yoon